No. 94–103. ADCOX ET AL. *v.* TELEDYNE, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 94–104. REGALDO *v.* TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 94–107. VERCOE *v.* FIRSTIER BANK, N. A., OMAHA, ET AL. C. A. 8th Cir. Certiorari denied.

No. 94–110. PRI-HAR *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 94–111. DETERS *v.* JUDICIAL RETIREMENT AND REMOVAL COMMISSION OF KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 94–114. DAVIS *v.* NEW JERSEY BELL. C. A. 3d Cir. Certiorari denied.

No. 94–117. GRAVES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 94–118. D-LANDCO ET AL. *v.* OKLAHOMA DEPARTMENT OF TRANSPORTATION. Ct. App. Okla. Certiorari denied.

No. 94–119. RANKINS ET AL. *v.* LOUISIANA STATE BOARD OF ELEMENTARY AND SECONDARY EDUCATION. Ct. App. La., 1st Cir. Certiorari denied.

No. 94–120. BRICKER ET UX. *v.* ROCKWELL HANFORD OPERATIONS ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–121. SCHENCK *v.* COMMISSION ON JUDICIAL FITNESS AND DISABILITY OF OREGON. Sup. Ct. Ore. Certiorari denied.

No. 94–122. LAWRENCE C. *v.* TIMOTHY L. ET AL. Sup. Ct. Wyo. Certiorari denied.

No. 94–124. FORSYTH ET AL. *v.* VINES ET AL. C. A. 5th Cir. Certiorari denied.

No. 94–125. MARINE TOWING, INC., ET AL. *v.* SPHERE DRAKE INSURANCE PLC. C. A. 5th Cir. Certiorari denied.